**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1594**

———————

TIEMOKO COULIBALY, Dr.; FATOU GAYE-COULIBALY, Dr.,

Plaintiffs – Appellants,

v.

JP MORGAN CHASE BANK, N.A.,

Defendant – Appellee,

and

FANNIE MAE; NRT-MID-ATLANTIC TITLE SERVICE, LLC; LONG & FOSTER REAL ESTATE, INCORPORATED; FIRST AMERICAN TITLE INSURANCE COMPANY; FAACS; GUARDIAN FUNDING; INTEGRATED ASSET SERVICES; SIMCOX AND BARCLAY, LLP; JOHN AND JANE DOE,

Defendants.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:10-cv-03517-DKC)

———————

Submitted: October 16, 2014      Decided: October 20, 2014

———————

Before MOTZ, WYNN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tiemoko Coulibaly, Fatou Gaye-Coulibaly, Appellants Pro Se. Chad King, John Sears Simcox, SIMCOX & BARCLAY, Annapolis, Maryland,

for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiemoko Coulibaly and Fatou Gaye-Coulibaly appeal from the district court's orders denying their motions filed pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Coulibaly v. JP Morgan Chase Bank, N.A., No. 8:10-cv-03517-DKC (D. Md. Mar. 13 & June 16, 2014). We deny the cross-motions to strike and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED